■ Robert J. Marone, Respondent, v Francesca Marone, Appellant. [52 NYS3d 661]—In an action pursuant to RPAPL article 9 to partition real property, the defendant appeals from an order of the Supreme Court, Dutchess County (Sproat, J.), dated October 6, 2015, which granted the plaintiff's motion for an award of an attorney's fee in the sum of $6,000, payable from the net proceeds of the sale of the real property.

Ordered that the order is affirmed, without costs or disbursements.

"[P]artition, although statutory (*see* RPAPL art 9), is equitable in nature, and the court may compel the parties to do equity between themselves when adjusting the distribution of the proceeds of a sale" (*Koniosis v Tsororos*, 83 AD3d 665, 668 [2011]). In this case, the attorney's fee award in the sum of $6,000, payable from the net proceeds of the sale of the real property at issue, was equitable and reasonable. Dillon, J.P., Leventhal, Miller and Brathwaite Nelson, JJ., concur.